NATHAN GLICKLER, Appellant, v. CARS UNLIMITED CORP. et al., Respondents.—

Rabin, P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.